UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. JACQUELINE CUSHING,

    Plaintiffs,

v.                                    CASE NO. 8:19-cv-2997-VMC-TGW

RAJEN SHAH, et al.

    Defendants.

_____/

## ORDER

THIS CAUSE came on for consideration upon the Motion to Compel (Doc. 56).

The plaintiff filed the present motion in order to retrieve various financial documents from the defendants (id.). Notably, though, the plaintiff thereafter filed a Motion for Default Judgment (Doc. 67), which I issued a Report and Recommendation on (Doc. 74). Thus, in light of the Report and Recommendation (Doc. 67), the motion to compel will be denied without prejudice.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Compel (Doc. 56) be, and the same is hereby,

**DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 1st day of September, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE