**0UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
ex rel. JACQUELINE CUSHING,

Plaintiffs,

v. CASE NO. 8:19-cv-2997-VMC-TGW

RAJEN SHAH, et al.

Defendants.

______________________________/

# ORDER

THIS CAUSE came on for consideration upon the Motion to Amend Final Order of Garnishment (Doc. 93).

Previously, the government filed a motion for the issuance of a final order of garnishment (see Doc. 90). Thus, in that motion, the government requested that the garnishee, Synovus Bank, be directed to liquidate defendants Luminus Diagnostics, LLC and Rajen Shah's nonexempt interests in their accounts (id.). I granted that motion and directed the garnishee to pay over to the United States the full balance of the account, approximately $6,722.68 (see Doc. 90).

After issuance of the order, the government learned that additional monies were deposited in the account at Synovus Bank (Doc. 93, p. 2). Thus, the government requests that my previous order be amended so that the garnishee is

directed pay over to the United States the full balance of the account, which is now $38,702.18 (id.). This request will be granted.

It is, upon consideration,

ORDERED:

That Motion to Amend Final Order of Garnishment (Doc. 93) be, and the same is hereby, **GRANTED.** Thus, Final Order of Garnishment is amended to state that the garnishee, Synovus Bank, is hereby **DIRECTED** to liquidate defendants Luminus Diagnostics, LLC and Rajen Shah's nonexempt interests in their accounts and to pay over to the United States the full balance of the account, approximately $38,702.18. The payment made to the United States pursuant to this garnishment can be made via wire, online, or check by mail using instructions provided upon request.

DONE and ORDERED at Tampa, Florida, this 20th day of November, 2023.

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE