**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
*ex rel.* JACQUELINE CUSHING,
Plaintiff,

v. CASE NO. 8:19-cv-2997-VMC-TGW

RAJEN SHAH;
TOMOKA MEDICAL LABS, INC;
GOLDEN RULE MANAGEMENT, LLC;
TENNESSEE VALLEY REGIONAL
LABORATORY, LLC; LUMINUS
DIAGNOSTICS, LLC; and
UNITED DIAGNOISTICS, LLC
Defendants.
_________________________________/

**ORDER**

THIS CAUSE came on for consideration upon the Joint Motion for Protective Order (Doc. 103). Pursuant to Federal Rule of Civil Procedure 26, the parties jointly move the Court to enter a proposed Stipulated Protective Order (Doc. 103, p. 6).

It is, upon consideration,

ORDERED:

That the Joint Motion for Protective Order (Doc. 103) is hereby **GRANTED.**

DONE and ORDERED at Tampa, Florida, this 8th day of

November 2024.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE